FILED

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0385

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0385

_____

JAMIE MICHAEL JOHNSON,

      Petitioner and Appellant,

  v.                                 O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

The record was filed for purposes of this appeal on August 21, 2020. Nothing further has been filed, and the opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than November 9, 2020. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2020